WHEEL "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA           :   ORDER
                                   :
        - v. -                     :   13 Cr. 795 (UA)
                                   :
RYAN KNIGHTS,                      :
MONA SOLIMAN, and                  :
JORDAN KAPCHAN,                    :
                                   :
                Defendants.        :
----------------------------------X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Emil J. Bove III;

It is found that the Indictment in the above-captioned action, 13 Cr. 795 (UA), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore:

ORDERED that the Indictment, 13 Cr. 795 (UA), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         October 30, 2013

THE HONORABLE MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: OCT 30 2013