RECEIVED NOV 15 2013 JUDGE SWEET CHAMBERS

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA        :   ORDER
                                :
         - v. -                 :   13 Cr. 795 (RWS)
                                :
RYAN KNIGHTS,                   :
MONA SOLIMAN,                   :
JORDAN KAPCHAN,                 :
                                :
                   Defendants.  :
------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Emil J. Bove III;

It is found that the Indictment, related materials, and the docket sheet in the above-captioned action, 13 Cr. 795 (RWS), are currently sealed, and the United States Attorney's Office has applied to have these materials unsealed, and it is therefore:

ORDERED that all materials in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         November 15, 2013

_____
THE HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 11/15/13