LAW OFFICES

# BENNETT M. EPSTEIN

100 LAFAYETTE STREET

NEW YORK, N.Y. 10013

(212) 684-1230

TELECOPIER (212) 571-5507

November 20, 2013

Hon. Robert W. Sweet
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

<u>Re: United States v. Knights</u>
13 Cr. 795 (RWS)

Dear Judge Sweet:

     I represent Ryan Knights, one of the defendants in the above matter. When Mr. Knights was presented in Magistrate's Court, the Government and I agreed that Mr. Knights would be released upon signing a personal recognizance bond of $400,000, to be co-signed by four (4) financially responsible persons by November 15, 2013.

     Mr. Knights, who has been reporting faithfully to Pretrial Services, informs me that his co-signers need more time to secure the day off from work needed to be interviewed by the Government and sign the bond at the courthouse, and the Government, as per AUSA Emil Bove, has graciously consented to an extension of the time for them to co-sign the bond to November 27th, which is one week from today.

     I respectfully request that the Court approve the foregoing extension.

Very truly yours,

Bennett M. Epstein