

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 11, 2014

Via Email
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
New York, New York 10007
Email: Tsz_Man_Chan@nysd.uscourts.gov

    Re:    **United States v. Ryan Knights, et al.**
           13 Cr. 795 (RWS)

Dear Judge Sweet:

      The Government writes to inform the Court regarding the status of this matter and to request an adjournment of the January 16, 2014 conference. The Government has produced discovery to the defendants pursuant to the schedule set by the Court, and engaged in plea negotiations with counsel for each of the three defendants in the case. The Government expects those negotiations to continue, and defense counsel reports that additional time is necessary to review the voluminous discovery materials. Accordingly, the Government respectfully requests, with the consent of defense counsel, an adjournment of the upcoming conference until March 17, 2014 at 4:30 p.m. Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act from January 16, 2014 to March 17, 2014. Enclosed is a proposed order for the Court's consideration.

*So ordered*
*Sweet U.S.D.J.*
*1-13-14*

    Very truly yours,

    PREET BHARARA
    United States Attorney

    By: _____
    Emil J. Bove III
    Assistant United States Attorney
    (212) 637-2444

Enclosure

Cc:    Defense counsel
       (Via Email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-14-14