LAW OFFICES
# BENNETT M. EPSTEIN
100 LAFAYETTE STREET
NEW YORK, N.Y. 10013
(212) 694-1230

TELECOPIER (212) 571-6507

March 17, 2014

Hon. Robert W. Sweet
United States District Judge
Southern District of New York
US Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-14

via fax (212) 805 7925

Re: United States v. Knights
13 Cr. 795

Dear Judge Sweet:

    I am appointed counsel for Ryan Knights, one of the defendants in the above matter. The matter had been scheduled for a conference today, Monday, March 17th, but late this past Friday I learned that counsel for a co-defendant, Mona Soliman, had sought and received an adjournment of the conference, which was then re-scheduled for March 24, 2014.

    Although I was contacted by counsel via email and indicated that I would not object to an adjournment, I was never consulted about a proposed date, and was surprised to learn that it was rescheduled for a date during a week that I am out of town.

    I am writing at the suggestion of Your Honor's courtroom deputy, Mr. Chan, to request a re-scheduling to any convenient date during the week of April 7, 2014. Of course I consent to the waiver of time through the date of the re-scheduled conference.

Very truly yours,

Bennett M. Epstein

cc. (via email)
    Emil. Bove @usdoj.gov
    Msantamauro@aol.com
    Jamesjorourke@yahoo.com

So ordered
Sweet &
USDJ
3·17·14