UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        -against-                  :       **ORDER**
                                   :
                                   :       13cr.795(RWS)
                                   :       Docket #
        Ryan Knight                :
-----------------------------------x

Robert W. Sweet, DISTRICT JUDGE.
Judge's Name

The attorney retained in this case, May 1, 2014
Susan Walsh is hereby ordered
Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Dated:  5-2-14
        5-2-14

