# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Cr 795 (RWS) |
| Ryan Knights | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ryan Knights

Date: 08/15/2014

*Attorney's signature*

Gráinne E. O'Neill GO8819
*Printed name and bar number*

11 Park Pl. Suite 914
New York, NY 10007
*Address*

grainne@oandh.net
*E-mail address*

(212) 431-5360
*Telephone number*

(212) 658-9480
*FAX number*