UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES                                                :
                                                             :    13 Cr. 795 (RWS)
        -v-                                                  :
                                                             :    ORDER
RYAN KNIGHTS                                                 :
                                                             :
                        Defendant.                           :
                                                             :
-------------------------------------------------------------X

Robert W. Sweet, District Judge:

Upon the application of Ryan Knights, Defendant, for an order appointing Gráinne E. O'Neill, Esq. as associate counsel, and based on the Court's independent review it is hereby:

ORDERED that Gráinne E. O'Neill, Esq. is appointed as an associate counsel in the United States v. Ryan Knights, 13 Cr. 795 (RWS) and that Ms. O'Neill will be permitted to bill at a rate of sixty-five dollars ($65.00) an hour, after providing the first fifteen (15) hours of representation on a *pro bono* basis.

SO ORDERED

                                                      Robert W. Sweet
                                                      United States District Judge

                                                      9-4-14

Dated: July 30, 2014
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/14