UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                  :
UNITED STATES OF AMERICA    :   **ORDER**
         - v. -                :
                                  :   13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.        :
                                  :
               Defendants. :
                                  :
------------------------------------X

        Whereas the parties have requested an adjournment of the September 18, 2014 conference in this matter in order to allow the parties to discuss potential dispositions, and

        Whereas the parties have consented to the exclusion of time under the Speedy Trial Act until the next conference,

        IT IS HEREBY ORDERED that the September 18, 2014 conference is adjourned until November 13, 2014 at 4:00, and

        IT IS FURTHER ORDERED that the time between September 18, 2014 and November 13, 2014 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/14

interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         September 17, 2014

                                        _____
                                        HONORABLE ROBERT W. SWEET
                                        United States District Judge
                                        Southern District of New York