VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

SUSAN J. WALSH
COUNSELOR AT LAW

November 3, 2014

Hon. Robert W. Sweet
US District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 100007

Re: *United States v. Knights* 13 Cr 795 (RWS)

Dear Judge Sweet:

    I represent Ryan Knights in the above captioned case pursuant to the Criminal Justice Act. I am writing to request an adjournment of the upcoming status conference scheduled for November 13, 2014 at 4:00 p.m. I respectfully request that the matter be adjourned until after December 15, 2014.

    I will begin trial before the Honorable J. Paul Oetken beginning November 10, 2014. I have spoken to the AUSA on the matter regarding the defense request and proposed dates. The defendant, Ryan Knights consents to the exclusion of time under the Speedy Trial Act.

    Thank you for your time and attention.

Respectfully submitted,

Susan J. Walsh

cc: Emil Bove, AUSA

629728 v2