

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2015

Via ECF and Email
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Email: Tsz_Man_Chan@nysd.uscourts.gov

      Re:    **United States v. Ryan Knights, et al.,**
              **13 Cr. 795 (RWS)**

Dear Judge Sweet:

      The Government respectfully requests, with the consent of defense counsel, an adjournment of the January 20, 2015 conference in this matter until a date and time convenient to the Court during the week of May 25, 2015. The purpose of the request is to permit the parties to finalize ongoing plea negotiations. If the request is granted, the Government further requests, also on consent, that time be excluded under the Speedy Trial Act between January 20, 2015 and the date of the re-scheduled conference in order to permit plea negotiations to continue. Enclosed is a proposed order for the Court's consideration.

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney

                         By: _____
                               Emil J. Bove III
                               Assistant United States Attorney
                               (212) 637-2444

Enclosure

cc:    Defense Counsel
       (Via email)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                 :
UNITED STATES OF AMERICA         :
                                 :    **ORDER**
          - v. -                 :
                                 :    13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.             :
                                 :
              Defendants.        :
                                 :
---------------------------------X
```

Whereas the parties have requested an adjournment of the January 20, 2015 conference in this matter in order to allow the parties to discuss potential dispositions, and

Whereas the parties have consented to the exclusion of time under the Speedy Trial Act until the next conference,

IT IS HEREBY ORDERED that the January 20, 2015 conference is adjourned until May \_\_\_\_, 2015 at _____, and

IT IS FURTHER ORDERED that the time between January 20, 2015 and May \_\_\_\_, 2015 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best

interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         January ____, 2015

                                    _____
                                    HONORABLE ROBERT W. SWEET
                                    United States District Judge
                                    Southern District of New York