UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :     **ORDER**
                                    :
          - v. -                    :     13 Cr. 795 (RWS)
                                    :
RYAN KNIGHTS, et al.                :
                                    :
                     Defendants.    :
                                    :
------------------------------------X

Whereas the parties have requested an adjournment of the January 20, 2015 conference in this matter in order to allow the parties to discuss potential dispositions, and

Whereas the parties have consented to the exclusion of time under the Speedy Trial Act until the next conference,

IT IS HEREBY ORDERED that the January 20, 2015 conference is adjourned until May __5__, 2015 at __4:00 PM__ and

IT IS FURTHER ORDERED that the time between January 20, 2015 and May __5__, 2015 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best



interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         January 2/, 2015

HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York