VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

SUSAN J. WALSH
COUNSELOR AT LAW



January 21, 2015

Hon. Robert W. Sweet
US District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-15
```

      Re:    *United States v. Knights* 13 Cr 795 (RWS)

Dear Judge Sweet:

      I represent Ryan Knights in the above captioned case pursuant to the Criminal Justice Act. I am writing to request a brief adjournment of the status conference recently rescheduled for May 5, 2015 at 4:00 p.m.

      I will be away that week and out of the country and thus respectfully request that the matter be adjourned until after May 11th 2015.

      I have spoken to the AUSA on the matter regarding the defense request and proposed dates. The defendant, Ryan Knights consents to the exclusion of time under the Speedy Trial Act.

      Thank you for your time and attention.

      Respectfully submitted,

      Susan J. Walsh

cc: Emil Bove, AUSA

So ordered
Sweet
1-28-15

643312 v1