UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
UNITED STATES OF AMERICA          :     ORDER
                                  :
        - v. -                    :
                                  :     13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.              :
                                  :
                Defendants.       :
                                  :
----------------------------------X

Whereas the Government has requested an adjournment of the May 5, 2015 conference in this matter in order to allow the parties to discuss potential dispositions,

IT IS HEREBY ORDERED that the May 5, 2015 conference is adjourned until September 29, 2015 at 4:30 pm and

IT IS FURTHER ORDERED that the time between May 5, 2015 and September 29, 2015 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best

interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated: New York, New York
May 5, 2015

HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York