UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    **ORDER**
                                    :
         - v. -                     :
                                    :    13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.                :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-15

Whereas the parties have requested an adjournment of the September 24, 2015 conference in this matter in order to allow the parties to discuss potential dispositions,

IT IS HEREBY ORDERED that the September 24, 2015 conference is adjourned until December 10, at 4:30pm and

IT IS FURTHER ORDERED that the time between September 24, 2015 and December 10, 2015 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best

interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         September 24, 2015

_____
HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York