

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2015

Via ECF and Email
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Email: Tsz_Man_Chan@nysd.uscourts.gov

      Re:    **United States** v. **Ryan Knights, et al.,**
                 13 Cr. 795 (RWS)

Dear Judge Sweet:

      The Government respectfully requests, with the consent of defense counsel, a 60-day adjournment of the December 10, 2015 conference in this matter. The purpose of the request is to permit the parties to continue ongoing plea negotiations. If the request is granted, the Government further requests that time be excluded under the Speedy Trial Act between December 10, 2015 and the date of the re-scheduled conference in order to permit plea negotiations to continue. Enclosed is a proposed order for the Court's consideration.

                              Respectfully submitted,

                              PREET BHARARA
                            United States Attorney

               By:  _____
                      Emil J. Bove III
                      Assistant United States Attorney
                      (212) 637-2444

Enclosure

cc:    Defense Counsel
       (Via email)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                :
UNITED STATES OF AMERICA        :
                                :      **ORDER**
         - v. -                 :
                                :      13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.            :
                                :
              Defendants.       :
                                :
--------------------------------X
```

Whereas the parties have requested an adjournment of the December 10, 2015 conference in this matter in order to allow the parties to discuss potential dispositions,

IT IS HEREBY ORDERED that the December 10, 2015 conference is adjourned until _____; and

IT IS FURTHER ORDERED that the time between December 10, 2015 and _____ is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time

outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated: New York, New York
November ____, 2015

                                                  _____
                                                  HONORABLE ROBERT W. SWEET
                                                  United States District Judge
                                                  Southern District of New York