UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :    **ORDER**
        - v. -                :
                              :    13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.          :
                              :
        Defendants.           :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-30-15

Whereas the parties have requested an adjournment of the December 10, 2015 conference in this matter in order to allow the parties to discuss potential dispositions,

IT IS HEREBY ORDERED that the December 10, 2015 conference is adjourned until _January 14, 2016_; and

IT IS FURTHER ORDERED that the time between December 10, 2015 and _January 14, 2016_ is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time

outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         November 30 2015

_____
HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York