

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2016

Via ECF and Email
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Email: Tsz_Man_Chan@nysd.uscourts.gov

      Re:    <u>United States</u> v. <u>Ryan Knights, et al.</u>,
            13 Cr. 795 (RWS)

Dear Judge Sweet:

      The Government respectfully requests, with the consent of defense counsel, an adjournment of the January 14, 2016 conference in this matter until a date and time convenient to the Court in early March 2016. The purpose of the request is to permit the parties to continue ongoing plea negotiations. If the request is granted, the Government further requests that time be excluded under the Speedy Trial Act between January 14, 2016 and the date of the re-scheduled conference. Enclosed please find a proposed order for the Court's consideration.

                                Respectfully submitted,

                                PREET BHARARA
                              United States Attorney

             By: _____
                Emil J. Bove III
                Assistant United States Attorney
                (212) 637-2444

Enclosure

cc:    Defense Counsel
       (Via email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                  :
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
        - v. -                    :
                                  :   13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.              :
                                  :
            Defendants.           :
                                  :
---------------------------------X

Whereas the parties have requested an adjournment of the January 14, 2016 conference in this matter in order to allow the parties to discuss potential dispositions,

IT IS HEREBY ORDERED that the January 14, 2016 conference is adjourned until _____; and

IT IS FURTHER ORDERED that the time between January 14, 2016 and _____ is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         January ____, 2016

                                    _____
                                    HONORABLE ROBERT W. SWEET
                                    United States District Judge
                                    Southern District of New York