```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA           :       ORDER
                                   :
            - v. -                 :
                                   :       13 Cr. 795 (RWS)
RYAN KNIGHTS, et al.               :
                                   :
                  Defendants.      :
                                   :
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-16

Whereas the parties have requested an adjournment of the January 14, 2016 conference in this matter in order to allow the parties to discuss potential dispositions,

IT IS HEREBY ORDERED that the January 14, 2016 conference is adjourned until *March 15, 2016*; and

IT IS FURTHER ORDERED that the time between January 14, 2016 and *March 15, 2016* is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon the consent of the parties, and to allow the parties to discuss potential dispositions. The Court finds that the ends of justice served by this exclusion of time outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:   New York, New York
         January 14, 2016

_____
HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York