

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 13, 2016

Via ECF and Email
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Email: Tsz_Man_Chan@nysd.uscourts.gov

    Re:    United States v. Ryan Knights, et al.,
             13 Cr. 795 (RWS)

Dear Judge Sweet:

       The Government respectfully requests, with the consent of defense counsel, an adjournment of the January 14, 2016 conference in this matter until a date and time convenient to the Court in early March 2016. The purpose of the request is to permit the parties to continue ongoing plea negotiations. If the request is granted, the Government further requests that time be excluded under the Speedy Trial Act between January 14, 2016 and the date of the re-scheduled conference. Enclosed please find a proposed order for the Court's consideration.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Emil J. Bove III
Emil J. Bove III
Assistant United States Attorney
(212) 637-2444

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-16

Enclosure

cc:    Defense Counsel
       (Via email)

So ordered
Sweet USDJ
1.14.16

RECEIVED JAN 2016 JUDGE SWEET CHAMBERS