G3FAKNICps

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          13-cr-795 (RWS)

RYAN KNIGHTS and
JORDAN KAPCHAN,

                Defendants.

------------------------------x

                                     New York, N.Y.
                                     March 15, 2016
                                     4:10 p.m.


Before:

                    HON. ROBERT W. SWEET

                                        District Judge


                         APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  EMIL J. BOVE, III, ESQ.
     Assistant United States Attorney

SUSAN J. WALSH, ESQ.
JOHN P. BUZA, ESQ. (CJA Mentoring Program)
     Attorneys for Defendant Knights

JAMES J. O'ROURKE, III, ESQ.
     Attorney for Defendant Kapchan
```

G3FAKNICps

1              (In open court)

2              THE CLERK:  United States of America v. Ryan Knights

3      and Jordan Kapchan.  Government, are you ready?

4              MR. BOVE:  Yes.  Thank you.  Good afternoon, your

5      Honor.  Emil Bove for the government.

6              THE CLERK:  Defendant, are you ready?

7              MS. WALSH:  Yes, your Honor.  Susan Walsh on behalf of

8      Mr. Ryan Knights, to my left.  Also on behalf of Mr. Knights is

9      my colleague, John Buza, who is in the mentoring program.  With

10     the Court's permission I ask that he be permitted --

11             THE COURT:  Sure.

12             MS. WALSH:  Thank you.

13             THE COURT:  I'm delighted to have him.

14             MR. O'ROURKE:  Good afternoon, your Honor.  James

15     O'Rourke on behalf of Jordan Kapchan.

16             THE COURT:  What would you all like to achieve this

17     afternoon?

18             MR. BOVE:  Your Honor, the parties are prepared, I

19     believe, to proceed to trial, and I have a pretrial motion

20     schedule to propose, and then we're seeking a trial date, to

21     the extent the Court is available, in September or October of

22     this year.

23             THE COURT:  Are there going to be any motions?

24             MR. BOVE:  My understanding is that defense counsel is

25     still evaluating whether or not to file motions, and so they

G3FAKNICps

1    would ask for a little bit more time to do so.  We would

2    propose that any motions be filed by August 12, with the

3    government's response two weeks later by August 26, that those

4    are cued up in early September.  And then the parties would be

5    prepared to proceed with whatever schedule your Honor would

6    like to set.

7                THE COURT:  OK.  So you say motions to be made by?

8                MR. BOVE:  August 12 is our proposal, your Honor.

9                THE COURT:  OK.  And so they would be returnable

10   sometime thereafter.  And then trial?

11               MR. BOVE:  Government opposition due on the 26th.

12               THE COURT:  OK.

13               MR. BOVE:  And then replies if necessary seven days

14   after that.

15               THE COURT:  And so it makes sense that we hear it on

16   the 8th.  That sounds about right, doesn't it?

17               MR. BOVE:  Yes, your Honor.

18               THE COURT:  And then after that we'll set a trial --

19   well, look, do we want to try to set a tentative trial date

20   now?  Let me ask you, the motions are dispositive motions or

21   evidentiary or whatever?  What?  We don't know.

22               MR. BOVE:  Well, I would propose to use that August

23   12th date for dispositive motions, and then perhaps set a

24   separate schedule.

25               THE COURT:  Yes.  I think that probably makes sense.

G3FAKNICps

1   OK.  And we'll stop the clock until September 8 to give the

2   defense an opportunity to determine motions and make motions if

3   necessary, etc., etc.

4           Anything further?

5           MR. BOVE:  Yes, your Honor, if I may.  The Court has

6   been very permissive in the scheduling so far in this case,

7   allowing the parties a great deal of time to engage in plea

8   negotiations to the extent that either of these defendants is

9   interested in doing so.  I do think that we're at the point

10  where it would be productive to set a trial date, with the

11  expectation, it is government's understanding at this point

12  that Mr. Knights intends to proceed to trial.  I think for all

13  parties involved having a firm date set for planning purpose,

14  to the extent the Court has availability --

15          THE COURT:  It's OK with me.  How long is the

16  government's case, do you think?

17          MR. BOVE:  I would anticipate two weeks maximum, your

18  Honor.

19          THE COURT:  Pardon me?

20          MR. BOVE:  Approximately two weeks.

21          THE COURT:  Well, what do you all think?  Let's see.

22  The motions will be heard on the 8th.  Would it make sense to

23  talk about October 3 as a trial date?

24          MR. BOVE:  That works for the government, your Honor.

25  Thank you.

1          THE COURT:  OK?

2          MS. WALSH:  Yes.  I think that makes sense, your

3  Honor.  October 3 is fine.

4          THE COURT:  All right.  Thank you all very much.

5          Anything else?

6          MR. BOVE:  Is there a time that your Honor would like

7  to set on the 8th to see us?

8          THE COURT:  Pardon me?

9          MR. BOVE:  A time on the 8th of September that your

10  Honor would like to see us?

11          THE COURT:  It would be noon.

12          MR. BOVE:  Thank you very much.

13          THE COURT:  OK.  Thank you all.

14          MS. WALSH:  Thank you very much, your Honor.

15                          o0o

16

17

18

19

20

21

22

23

24

25