

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED
JUL 11 2016
JUDGE SWEET CHAMBERS

July 11, 2016

**BY ECF AND BY EMAIL**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1940
New York, New York 10007
Email: Tsz_Man_Chan@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/16

Re:   United States v. Ryan Knights, et al.,
      13 Cr. 795 (RWS)

Dear Judge Sweet:

The above-captioned case is currently scheduled for trial beginning October 3, 2016. With the consent of defense counsel, the Government respectfully requests an adjournment of the trial until a date and time convenient for the Court on or after October 14, 2016, due to the Jewish holidays of Rosh Hashanah and Yom Kippur in early October. To the extent possible, defense counsel prefers a trial date beginning on October 24, 2016.

Your Honor has already excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until September 8, 2016.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
    Elizabeth A. Hanft
    Assistant United States Attorney
    (212) 637-2334

cc:   Susan J. Walsh, Esq. (by ECF and by email)

So ordered
Sweet
USDJ
7.20.16