

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2016

**BY ECF AND BY EMAIL**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1940
New York, New York 10007
Email: Tsz_Man_Chan@nysd.uscourts.gov

Re:     **United States** v. **Ryan Knights, et al.,**
           **13 Cr. 795 (RWS)**

Dear Judge Sweet:

The Government writes in response to defense counsel's letter, filed September 15, 2016, requesting an adjournment of the trial in the above-captioned case, which Your Honor so ordered yesterday.  Dkt. 66.  As defense counsel notes, the Government consents to an adjournment of the trial until December 5, 2016.  The Government objects, however, to an adjournment of the trial until late January 2017, as alternatively proposed by defense counsel.  By way of clarification, although the Government has notified defense counsel that it plans to re-produce previously produced discovery with Bates stamps to assist counsel's preparation for trial, the Government submits that its courtesy in that regard does not warrant a three-month adjournment. Similarly, the superseding indictment that the Government intends to file involves no additional discovery.  Against that backdrop, the Government respectfully asks that Your Honor clarify your order of yesterday and set trial to begin on or near December 5, 2016.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _Ehanft_ _____
      Elizabeth A. Hanft
      Assistant United States Attorney
      (212) 637-2334

cc:     Susan J. Walsh, Esq. (by ECF and by email)