**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2016

**BY ECF AND BY EMAIL**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1940
New York, New York 10007
Email: Tsz_Man_Chan@nysd.uscourts.gov

    Re:    **United States v. Ryan Knights, et al.,**
              13 Cr. 795 (RWS)

Dear Judge Sweet:

      Your Honor's Chambers has advised the parties that a conference has been scheduled in the above-captioned case for October 13, 2016 at 11:00 a.m. The Government writes to respectfully request that Your Honor exclude time in the above-captioned case, pursuant to 18 U.S.C. § 3161(h)(7)(A), from today until October 13, 2016. An exclusion of time will allow the parties to continue engaging in discussions regarding potential dispositions of the case and to prepare for trial.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Ehanft*
Elizabeth A. Hanft
Assistant United States Attorney
(212) 637-2334

cc:    Susan J. Walsh, Esq. (by ECF and by email)
       James J. O'Rourke, Esq. (by ECF and by email)

So ordered.
Sweet
USDJ
9.22.16